B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Western District of Tennessee | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lambuth University** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**62-0479365** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**705 Lambuth Blvd.**<br>**Jackson, TN**<br>ZIP Code **38301** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Madison** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." | ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors | |
|---|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). | |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lambuth University** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b></td><td><b>Exhibit B</b></td></tr>
<tr><td>

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.
</td><td>

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
   Signature of Attorney for Debtor(s)        (Date)
</td></tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                                            Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lambuth University** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Steven N. Douglass**
Signature of Attorney for Debtor(s)

**Steven N. Douglass 9770**
Printed Name of Attorney for Debtor(s)

**Harris Shelton Hanover Walsh, PLLC**
Firm Name

**2700 One Commerce Square**
**Memphis, TN 38103-2555**

_____
Address

**(901) 525-1455  Fax: (901) 526-4084**
Telephone Number

**June 30, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael E. Keeney**
Signature of Authorized Individual

**Michael E. Keeney**
Printed Name of Authorized Individual

**Chairman of the Board**
Title of Authorized Individual

**June 30, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Tennessee

In re  **Lambuth University** _____    Case No. _____
<br>Debtor(s)    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

 Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| All American, Inc.<br>3230 Summer Ave.<br>Memphis, TN 38112 | All American, Inc.<br>3230 Summer Ave.<br>Memphis, TN 38112 | | | 16,852.56 |
| BancorpSouth<br>P. O. Box 549<br>Jackson, TN 38302 | BancorpSouth<br>P. O. Box 549<br>Jackson, TN 38302 | | | 14,662.01 |
| City of Jackson<br>107 East Main St.<br>P. O. Box 2391<br>Jackson, TN 38302 | City of Jackson<br>107 East Main St.<br>P. O. Box 2391<br>Jackson, TN 38302 | | | 42,807.66 |
| Cline Tours<br>P. O. Box 300148<br>Memphis, TN 38118 | Cline Tours<br>P. O. Box 300148<br>Memphis, TN 38118 | | | 14,114.00 |
| Cross Gate Services, Inc.<br>1730 Gen Geo Patton Drive<br>Brentwood, TN 37027 | Cross Gate Services, Inc.<br>1730 Gen Geo Patton Drive<br>Brentwood, TN 37027 | | | 24,750.00 |
| FHEG Lambuth University Bookstore<br>Store No. 114<br>3146 Solutions Center<br>Chicago, IL 60677-3001 | FHEG Lambuth University Bookstore<br>Store No. 114<br>3146 Solutions Center<br>Chicago, IL 60677-3001 | | | 45,515.40 |
| Health Partners, Inc.<br>1804 Hwy. 45 By-Pass<br>Suite 400<br>Jackson, TN 38305 | Health Partners, Inc.<br>1804 Hwy. 45 By-Pass<br>Suite 400<br>Jackson, TN 38305 | | | 34,448.90 |
| Hobsons, Inc.<br>P. O. Box 641055<br>Cincinnati, OH 45264-1055 | Hobsons, Inc.<br>P. O. Box 641055<br>Cincinnati, OH 45264-1055 | | | 31,170.00 |
| Jackson Downtown Lions Club<br>P O Box 3426<br>Jackson, TN 38303 | Jackson Downtown Lions Club<br>P O Box 3426<br>Jackson, TN 38303 | | | 42,118.16 |
| Jackson Energy Authority<br>P. O. Box 2288<br>Jackson, TN 38302-2288 | Jackson Energy Authority<br>P. O. Box 2288<br>Jackson, TN 38302-2288 | | | 493,022.57 |

B4 (Official Form 4) (12/07) - Cont.

In re     **Lambuth University**                                                           Case No. _____

                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Johnseys Sporting Goods**<br>**447 N. Royal Street**<br>**Jackson, TN 38301-5370** | **Johnseys Sporting Goods**<br>**447 N. Royal Street**<br>**Jackson, TN 38301-5370** | | | **33,751.70** |
| **Johnson Controls, Inc.**<br>**P. O. Box 905240**<br>**Charlotte, NC 28290** | **Johnson Controls, Inc.**<br>**P. O. Box 905240**<br>**Charlotte, NC 28290** | | | **383,334.05** |
| **Kesslers Team Sports**<br>**930 East Main Street**<br>**Richardson, IN 47374** | **Kesslers Team Sports**<br>**930 East Main Street**<br>**Richardson, IN 47374** | | | **22,905.84** |
| **Mac-Gray Corp.**<br>**404 Wyman Street, Suite 400**<br>**Internal Mail Slot #13**<br>**Waltham, MA 02451-1264** | **Mac-Gray Corp.**<br>**404 Wyman Street, Suite 400**<br>**Internal Mail Slot #13**<br>**Waltham, MA 02451-1264** | | | **22,424.76** |
| **Rainey, Kizer, Reviere, Bell PLC**<br>**and Bell**<br>**105 S. Highland Ave.**<br>**Jackson, TN 38301** | **Rainey, Kizer, Reviere, Bell PLC**<br>**and Bell**<br>**105 S. Highland Ave.**<br>**Jackson, TN 38301** | | | **53,730.51** |
| **Riddell All American Sports**<br>**4230 Paysphere Circle**<br>**Chicago, IL 60674** | **Riddell All American Sports**<br>**4230 Paysphere Circle**<br>**Chicago, IL 60674** | | | **14,971.08** |
| **Skeeter Kell Sporting Goods**<br>**212 N. Main Street**<br>**Kennett, MO 63857** | **Skeeter Kell Sporting Goods**<br>**212 N. Main Street**<br>**Kennett, MO 63857** | | | **24,731.56** |
| **Sodexo, Inc. & Affiliates**<br>**P. O. Box 536922**<br>**Atlanta, GA 30353-6922** | **Sodexo, Inc. & Affiliates**<br>**P. O. Box 536922**<br>**Atlanta, GA 30353-6922** | | | **182,575.36** |
| **Three Rivers Systems, Inc.**<br>**P. O. Box 78609**<br>**St. Louis, MO 63178** | **Three Rivers Systems, Inc.**<br>**P. O. Box 78609**<br>**St. Louis, MO 63178** | | | **37,650.00** |
| **Waste Management of Jackson - TN**<br>**P. O. Box 9001054**<br>**Louisville, KY 40290** | **Waste Management of Jackson - TN**<br>**P. O. Box 9001054**<br>**Louisville, KY 40290** | | | **16,209.73** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chairman of the Board of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date     **June 30, 2011**                              Signature     **/s/ Michael E. Keeney**

                                                                      **Michael E. Keeney**
                                                                      **Chairman of the Board**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

A S C A P
ASCAP Building
One Lincoln Plaza
New York, NY 10023

ACT
Finance
P. O. Box 4072
Iowa City, IA 52243-4072

Active Sports
295-A Gold Rush Road
Lexington, KY 40503

ADS Security
P. O. Box 2252
Birmingham, AL 35246-0034

Advantage/Thomco
212 Spencer Road
Libby, MT 59923-9062

Aegis Analytical Laboratories
P. O. Box 306013
Nashville, TN 37230-6013

AKT, Inc.
P. O. Box 186
Paso Robles, CA 93447

Alibris, Inc.
File 30875
P. O. Box 60000
San Francisco, CA 94160

All American, Inc.
3230 Summer Ave.
Memphis, TN 38112

All-Brite Signs & Rentals
P. O. Box 7014
Jackson, TN 38302

Allegra Print & Imaging
1029 Old Hickory Blvd.
Jackson, TN 38305

Alloy Education
P. O. Box 26946
New York, NY 10087-6946

American College Health Association
P. O. Box 28938
Baltimore, MD 21240

American Johnny
Sanitary Portable Toilets
P. O. Box 42
Michie, TN 38357

American Paper & Twine Co.
5872 Advantage Cove
Memphis, TN 38141

American Red Cross
Jackson Area Chapter
718 N. Highland Ave.
Jackson, TN 38301

Anderson's Spirit
P. O. Box 1151
Minneapolis, MN 55440-1151

Ann P. Freeman
532 McKays Court
Brentwood, TN 37027

Annual Reviews, Inc.
4139 El Camino Way
PO Box 10139
Palo Alto, CA 94303-0897

ASHLAND HOTEL

Ashland Plaza Hotel
One Ashland Plaza
Ashland, KY 41101

Association of INdependent Institutions

AT&T
P. O. Box 105503
Atlanta, GA 30348-5503

AT&T, Press Box Line
P. O. Box 105262
Atlanta, GA 30348-5262

Athletic Decals, Inc.
8800 Bissonnet, Suite N
Houston, TX 77074-2435

B & E Electronics, Inc.
3890 N. Highland Ave.
Jackson, TN 38305

B M I
10 Music Square East
P. O. Box 340014
Nashville, TN 37203-0014

Baker & Taylor - Books
P. O. Box 277930
Atlanta, GA 30384-7930

Baker & Taylor - Entertainment
P. O. Box 277930
Atlanta, GA 30384-7930

BancorpSouth
P. O. Box 549
Jackson, TN 38302

Bennett Aaron Walker
PO Box 10204
Jackson, TN 38308

Berkshire Hathaway Homestate Companies
Dept. 6693
Los Angeles, CA 90084-6693

Best Buy
1170 Vann Drive
Jackson, TN 38305

Beth Ann Perry
74 Russell Road
Jackson, TN 38301

BSN Sports-Collegiate Pacific
P. O. Box 7726
Dallas, TX 75209

BurBank Sport Nets
P. O. Box 16198
Fernandina Beach, FL 32035

Byrd Implement Co., Inc.
1718 Airways Blvd.
Jackson, TN 38301

Byrd Southern Rents and Sells
1061 Hwy. 45 By-Pass
Jackson, TN 38301

C. C. Dickson Co.
P. O. Box 13501
Rock Hill, SC 29731

Callahan Charters
P. O. Box 1264
Oxford, MS 38655

Candlewood Lakes P.O.A.
P. O. Box 27
Saulsbury, TN 38067

Cardiac Anesthesia Group
P. O. Box 1798 Dept. 07-061
Memphis, TN 38101-9715

Carolyn M. Stark
150 College Street
Trimble, TN 38259

Carpenter's Bus Sales, Inc.
P. O. Box 681987
Franklin, TN 37068

Carrier Enterprise, LLC S.C.
P. O. Box 730246
Dallas, TX 75373-0246

Carter Turf Equipment LLC
458 Royal Crossing
Franklin, TN 37064

CDW Government, Inc.
230 North Milwaukee Ave.
Vernon Hills, IL 60061

Central Baptist College
1501 College Ave.
Conway, AR 72034

Central State University
1400 Brush Row Road
Wilberforce, OH 45384

Chamber of Commerce
P. O. Box 1904
Jackson, TN 38302-1904

Chamber of Commerce MAP Project
210 12th Ave. South
Suite 100
Nashville, TN 37203

Charles Cannon
4504 Granite Cove
Arlington, TN 38002

Chick-fil-A at Vann Drive FSU
3 Stonebridge Blvd.
Jackson, TN 38305

City of Jackson
107 East Main St.
P. O. Box 2391
Jackson, TN 38302

Cline Tours
P. O. Box 300148
Memphis, TN 38118

Coca-Cola Bottling Co. Consl.
P. O. Box 751257
Charlotte, NC 28271-1251

Cokesbury
P. O. Box 2252
Birmingham, AL 35246-0069

Collegiate Sports Data
240 Great Circle Rd. #335
Nashville, TN 37228

Collins Sports Medicine
370 Paramount Drive
Raynham, MA 02767

Control Applications, Inc.
P. O. Box 201
Eads, TN 38028

Crescendo Interactive
110 Camino Ruiz
Camarillo, CA 93012

Cross Country Tours, Inc.
4043 Mary Lee Cove
Memphis, TN 38116

Cross Gate Services, Inc.
1730 Gen Geo Patton Drive
Brentwood, TN 37027

Cynmar Corp.
12709 Route 4 North
Carlinville, IL 62626

David Charles Dietrich
348 Tuckahoe Road
Jackson, TN 38305-8834

De Lage Landen
P. O. Box 41601
Philadelphia, PA 19101-1601

Debbie A. Williams
14 Lynley Cove
Jackson, TN 38305

Dell Marketing LP
c/o Dell USA LP
P. O. Box 534118
Atlanta, GA 30353-4118

Demco
P. O. Box 8048
Madison, WI 53707-8048

DJO LLC
P. O. Box 515471
Los Angeles, CA 90051-6771

Dugger Printed Business Products, Inc.
232 State Street
Jackson, TN 38301-5744

Easton Enterprises, Inc.
350 Ranger Ave., Unit C
Brea, CA 92821

Ebsco Subscription Services
P. O. Box 2543
Birmingham, AL 35202

Ecolab Equipment Care
P. O. Box 905327
Charlotte, NC 28290-5327

Econo Lodge Inn

Ed Financial Services
Attn: Steven Beasley
120 N. Seven Oaks Dr.
knoxville, TN 37922

ED FINANCIAL SERVICES

Educational Testing Service,NJ
College & Univ. Progms.
Rosedale Rd.
Princeton, NJ 08541-0001

Electric Motor Rebuilders, Inc
2054 S. Highland Ave.
Jackson, TN 38301

Embassy Suites North

Emergency Med Care Facilities
P. O. Box 945
Lexington, TN 38351-0945

Emily Beth Davis
154 Executive Drive
Jackson, TN 38305

Eric's Rentals, Inc.
3005 Highland Street
Milan, TN 38358

ETS

Eurosport
431 US Highway 70A East
Hillsborough, NC 27278

Farm Plan
P. O. Box 650215
Dallas, TX 85265-0215

Ferguson Brothers, Inc.
1300 E. Chester Street
Jackson, TN 38301

FHEG Lambuth University Bookstore
Store No. 114
3146 Solutions Center
Chicago, IL 60677-3001

Fisher Scientific
Acct# 453365-001
P. O. Box 404705
Atlanta, GA 30384-4705

G & H Industries
P. O. Box 7128
Jackson, TN 38302

Game Tape Exchange, Inc.
711 N. Scottsdale Road
Tempe, AZ 85281

Garrett Plumbing & Heating, Inc.
30 Miller Ave.
Jackson, TN 38305

GCS Service, Inc.
24673 Network Place
Chicago, IL 60673-1246

Gilman Gear
30 Gilman Road
Gilman, CT 06336-0097

Golden Circle Ford, Inc.
1432 Hwy. 45 By-Pass
Jackson, TN 38301

Golden Circle Graphics
2252 Dr. F.E. Wright Drive
Jackson, TN 38305

Golden Circle Land Co., Inc.
217 East Main
Jackson, TN 38301

GoodNews Magazine
308 E. Main Street
P. O. Box 150
Wilmore, KY 40390

Graham Roofing
769 West Tibbee Road
West Point, MS 39773

Grand Valley Lakes P.O.A., Inc.
405 Grand Valley Drive
Saulsbury, TN 38067

Grass Roots Inc.
P. O. Box 250
Collierville, TN 38027

Great American Sports
125 B Old Hickory Blvd.
Jackson, TN 38305

Greenville Turf & Tractor
7526 Old Nashville Hwy.
Murfreesboro, TN 37129

Guesthouse Inn
1890 Hwy. 45 By-Pass
Jackson, TN 38305

Guidebook Publishing
322 Soverign Court
St. Louis, MO 63011

H. W. Wilson Company
950 University Avenue
Bronx, NY 10452

Hardeman County Trustee
PO Box 337
Bolivar, TN 38008

Havner Frame Shoppe, Inc.
1019 Campbell Street
Jackson, TN 38301

Health Partners, Inc.
1804 Hwy. 45 By-Pass
Suite 400
Jackson, TN 38305

Herff Jones, Inc.
P. O. Box 99292
Chicago, IL 60693

Hobsons, Inc.
P. O. Box 641055
Cincinnati, OH 45264-1055

Holabird Sports
9220 Pulaski Highway
Baltimore, MD 21220

Homestead Pest Control, Inc.
256 Airways Blvd.
P. O. Box 42
Jackson, TN 38301

HRP Associates, Inc

Hutchinson Allgood Company
260 Business Park Drive
Winston-Salem, NC 27107

IBM Corporation
P. O. Box 534151
Atlanta, GA 30353-4151

Image Publishing, Inc.
197 Auditorium Street
Jackson, TN 38301

Internally Sound
80 Sanders Road
Milan, TN 38358

International Soccer & Rugby Imports
42 West Putnam Ave.
Greenwich, CT 06830

Jackson Baseball Club LP
Jackson Generals
3241 Ridgecrest Road Ext.
Jackson, TN 38301

Jackson Communications
5 Hiawatha
Jackson, TN 38305

Jackson Downtown Lions Club
P O Box 3426
Jackson, TN 38303

Jackson Energy Authority
P. O. Box 2288
Jackson, TN 38302-2288

Jackson Engraving & Awards Co., Inc.
Charles Havner
1017 Campbell
Jackson, TN 38301

Jackson Madison County General Hospital
Employer Services
1804 Hwy. 45 By-Pass Suite 400
Jackson, TN 38305

Jackson New Holland
521 Airways Blvd.
Jackson, TN 38301

Jackson Sun
P. O. Box 6777322
Dallas, TX 75267-7322

Jackson-Madison County Sports Hall of Fa

Jean Francois Podevin
5812 Newlin Ave.
Whittier, CA 90601

JLewis Small Company, Inc.
P. O. Box 426
Elwood, IN 46036

jobtarget.com
Accounting Dept.
225 State St., Suite 300
New London, CT 06320

Joe H. Tanner Baseball Products LLC
3918 Meadow Creek Lane
Sarasota, FL 34233

John Wiley & Sons, Inc.
P. O. Box 34587
Newark, NJ 07189-4587

Johnseys Sporting Goods
447 N. Royal Street
Jackson, TN 38301-5370

Johnson Controls, Inc.
P. O. Box 905240
Charlotte, NC 28290

Joshua A. Baney
8000 Millington-Arlington Rd.
Millington, TN 38053

Josten's
21336 Network Place
Chicago, IL 60673-1213

Karen Jean Wood
53 Upper Browns Church Rd.
Jackson, TN 38305-9045

Kenny Pipe and Supply
P. O. Box 415000 MSC-410369
Nashville, TN 37241-5000

Kesslers Team Sports
930 East Main Street
Richardson, IN 47374

Kevin Lee Anderton
51 Silverdale Cove
Jackson, TN 38305

King Bradley Dozer Services, Inc.
P. O. Box 11236
Jackson, TN 38308-0120

King Tire Co.
106 Airways Blvd.
Jackson, TN 38301

Kirschbaum Strings & Grips
401 93rd Street
Surfside, FL 33154-2406

laura hilton

Lee Dennison Yandell
309 New Deal Road
Jackson, TN 38305

Linda K. Long
156 Johnston Loop
Jackson, TN 38301

Lipscomb University
c/o Dr. Valery Prill
3901 Granny White Pike
Nashville, TN 37204

Longleaf Services, Inc.
116 S. Boundary Street
Chapel Hill, NC 27514

Lowe's Home Centers, Inc.
Lowe's Credit Services
P. O. Box 530954
Atlanta, GA 30353-0954

LRS Sports Software
2401 West Monroe Street
Springfield, IL 62704

Lyrasis
P. O. Box 116179
Atlanta, GA 30368-1679

M & A Supply Co.
1101 Kermit Drive
Suite 700
Nashville, TN 37217

Mac-Gray Corp.
404 Wyman Street, Suite 400
Internal Mail Slot #13
Waltham, MA 02451-1264

Madison County Trustee
Rm107 CTHSE 100 E. Main
Jackson, TN 38301

Madison County Trustee

Magic Wheels Skating Center
1112 Highway 45 By-Pass
Jackson, TN 38301

Mark Paul Harless

Marriott Business Services
P. O. Box 402642
Atlanta, GA 30384

Marshall & Bruce Printing Co.
689 Davidson Street
Nashville, TN 37213

Martin Supply Company, Inc.
P. O. Box 1000
Dept. #481
Memphis, TN 38148-0481

Mcgraw-Hill Book Co.
1221 Ave. of The Americas
New York, NY 10020-1001

Mid South ISOA


Mid-Continent Intl. Education


Mid-South Color Labs, Inc.
496 Emmet Street
Jackson, TN 38301-5729

Mike Herbert
6934 Bolling Brook Cove
Germantown, TN 38138

Milnar Organ Company
3165 Hill Drive
Eagleville, TN 37060

Monlo Hodge


Moore Medical
389 John Downey Drive
New Britain, CT 06050-2740

Music Theater International
421 West 54th Street #200
New York, NY 10019

N A C U B O
P. O. Box 791331
Baltimore, MD 21279-1331

Nacubo Publications
P. O. Box 65765
Washington, DC 20035-5765

NAIA National Assoc. of Collegiate Athle
23500 W. 105th Street
Olathe, KS 66051

Naxos Online Libraries
416 Mary L. Polk Drive
Suite 509
Franklin, TN 37067

NCS Pearson, Inc.
P. O. Box 0855
Carol Stream, IL 60132-0855

NES Rentals
P. O. Box 8500-1226
Philadelphia, PA 19178-1226

nexAir, LLC
P. O. Box 125
Memphis, TN 38101-0125

Northwest Oklahoma State Univ.
Attn: Bob Battisti
709 Oklahoma Blvd.
Alva, OK 73717

NRCCUA
P. O. Box 1616
Lee's Summit, MO 64063

NSCAA
6700 Squibb Rd., Suite 215
Mission, KS 66202

Pacesetter Sports
2831 South 3rd Street
Terre Haute, IN 47802

Patrick Sanford
4801 Tara Cove
Olive Branch, MS 38654

pentcost and glenn

Pepsiamerica
75 Remittance Drive
Suite 1884
Chicago, IL 60675-1884

Petty Cash, Gary Williams
Campus

Ping, Inc.
P. O. Box 52450
Phoeniz, AZ 85072-2450

Pioneer Randustrial
4529 Industrial Parkway
Cleveland, OH 44135

Pitney Bowes Global
Financial Services LLC
P. O. Box 371887
Pittsburg, PA 15250-7887

Pitney Bowes, Inc.
P. O. Box 371896
Pittsburgh, PA 15250-7896

PlumbMaster
P. O. Box 890845
Charlotte, NC 28289-0845

Positive Promotions, Inc.
15 Gilpin Ave.
P. O. Box 18021
Hauppauge, NY 11788-8821

Preferred Entertaiment

Purchase Power
P. O. Box 371874
Pittsburg, PA 15250-7874

Pyramid Interiors Memphis
Dept. #2252
P. O. Box 2121
Memphis, TN 38159

Quill Corporation
P O Box 94080
Palatine, IL 60094-4080

Rainey Electronics, Inc.
19023 Colonel Glenn Road
Little Rock, AR 72210

Rainey, Kizer, Reviere, Bell PLC
and Bell
105 S. Highland Ave.
Jackson, TN 38301

Rave Wireless, Inc.
141 West 28th St. 9th Floor
New York, NY 10001

Regional Hospital of Jackson
367 Hospital Blvd.
Jackson, TN 38305-2080

Riddell All American Sports
4230 Paysphere Circle
Chicago, IL 60674

Rose Immigration Law Firm
2100 W End Ave.
Loews Vanderbilt Plaza, Suite 935
Nashville, TN 37203

Schoolprint, Inc.
1647 Williamson Road
Griffen, GA 30224

Scoreboard Specialist
229 Johnson Grove Rd.
Bells, TN 38006

ServiceMaster of Paris & Jackson
85 ServiceMaster Drive
Paris, TN 38242

SESAC, Inc.
P. O. Box 900013
Raleigh, NC 27675-9013

Sill Sport Cheer
68 Executive Drive
Jackson, TN 38305

Skeeter Kell Sporting Goods
212 N. Main Street
Kennett, MO 63857

Smart Ed. Services
1821 E. 40th Street
Cleveland, OH 44103

Soccer USA
4670 Merchants Park Circle
Collierville, TN 38017

Sodexo, Inc. & Affiliates
P. O. Box 536922
Atlanta, GA 30353-6922

Southern Association of
Colleges & Schools
1866 Southern Lane
Decatur, GA 30033-4097

Southern Athletic Fields
1309 Mainsail Drive
Columbia, TN 38401

Sports Health
13500 Sutton Park Dr. Suite 601-4
South Jacksonville, FL 32224

Sports Orthopedics & Spine
569 Skyline Drive, Suite 100
Jackson, TN 38301

Stanford Electric Supply, Inc
P. O. Box 3488, Dept. 05-009
Tupelo, MS 38803

Staples Advantage
P. O. Box 71217
Chicago, IL 60694-1217

Swank Motion Pictures, Inc.
10795 Watson Road
St. Louis, MO 63127-1012

T John E Productions


Tenn Dept. of Labor
Boiler & Elevator ISP Div.
220 French Landing Drive
Nashville, TN 37243

Tenn Press Service
435 Montbrook Lane
Knoxville, TN 37919

Tennessee Concert Sound
4958 Hwy. 70 East
Brownsville, TN 38012

The Critical Thinking Co.
P. O. Box 1610
Seaside, CA 93955

The Learning House
50 Old Hickory Blvd.
Jackson Plaza
Jackson, TN 38305

The Tuition Exchange, Inc.
1743 Connecticut Avenue NW
Washington, DC 20009-1108

Thermo-Electron
5225 Verona Road
Madison, WI 53711

Thomas Media
111 W. Main Street
Jackson, TN 38301

Thomason, Hendrix, Harvey, Johnson & Mit
40 S. Main Street
2900 One Commerce Square
Memphis, TN 38103

Three Rivers Systems, Inc.
P. O. Box 78609
St. Louis, MO 63178

ThyssenKrupp Elevator
P. O. Box 933004
Atlanta, GA 31193-3004

Tim Cooper
4203 Ravenwood Drive
Horn Lake, MS 38637

TIPS
51 Miller Ave.
Jackson, TN 38305-4349

Tom Lawlers, Inc.
Porter Capital Corporation
P. O. Box 12105
Birmingham, AL 35202

Toshiba America Business Solut
P. O. Box 740441
Atlanta, GA 30374-0441

Townsend Communications, Inc.
20 East Gregory Blvd.
Kansas City, MO 64114

Tracy Ann Allen
2414 Granite Point
Jonesboro, AR 72404

Trenton C. Boykin
189 Old Hickory Blvd. #B8
Jackson, TN 38301

United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577

University Accounting Services
P. O. Box 5291
Carol Stream, IL 60197-5291

Varian, Inc.
Analytical Instruments
P. O. Box 93752
Chicago, IL 60673

Varsity Spirit Fashions
P. O. Box 751210
Memphis, TN 38175-1210

Verizon Wireless
P. O. Box 105378
Atlanta, GA 30348

Walker-J-Walker, Inc.
P. O. Box 971264
Dallas, TX 75397

Walt Mestan & Company, Inc.
132 Ragland Road
Jackson, TN 38301

Wand Enterprises
7 Woodlawn, Suite 2
East Debuque, IL 61025

Waste Management of Jackson - TN
P. O. Box 9001054
Louisville, KY 40290

We Got Soccer
99 Washington Street
Foxborough, MA 02035

Webb Electronics, LTD
1410 Westway Circle
Carrollton, TX 75006

Wells Fargo Financial Leasing
P. O. Box 6434
Carol Stream, IL 60197-6434

West Tennessee Motor Coach, LLC
1191 Marion Thompson Road
Troy, TN 38260

West TN Historical Society
P. O. Box 111046
Memphis, TN 38111

Wild Valley Arts
315 Rolling Hills Drive
Jackson, TN 38305

Wolfe Enterprise Media
438 East Main Street
Jackson, TN 38301

Xerox Corporation
P. O. Box 802555
Chicago, IL 60680-2555

XOS Technologies, Inc.
Department AT 952311
Atlanta, GA 31192-2311

Younger Associates LLC
138 Carriage House Drive
Jackson, TN 38305

YourMembership.com
300 First Ave. South #300
St. Petersburg, FL 33701