**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

_____

In re:

    LAMBUTH UNIVERSITY,                         Case No.  11-11942-GHB
                                                        Chapter 11

    Debtor.

_____

**MOTION TO SHORTEN TIME FIXED FOR NOTICE AND HEARING ON DEBTOR'S MOTION FOR AN ORDER AUTHORIZING DEBTOR TO ENTER INTO LEASE OF PREMISES TO THE STATE OF TENNESSEE, BOARD OF REGENTS**
_____

Comes now Lambuth University, by and through counsel, and hereby moves this Court for entry of an Order, pursuant to Sections 105(a) and 363 of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure to shorten time fixed for notice and hearing on the Motion for an Order Authorizing Debtor to Enter into Lease of Premises to the State of Tennessee Board of Regents (the "Motion") and in support of its Motion would show unto the Court as follows:

1. The Debtor filed the Motion on July 29, 2011.

2. The Debtor would show that the property proposed to be leased in the Motion is the campus of Lambuth University. The Debtor seeks a shortened notice period because the University of Memphis must commence the Fall Semester and must have the Lease in place before doing so.

3. The Debtor would show good cause exists to reduce the 20-day notice period provided by Rule 2002 of the Federal Rules of Bankruptcy Procedure and to set the hearing on the Motion for hearing on or before August 4, 2011. Pursuant to Rule 2002(a)(2) and Rule 9006, the 20-day notice period for the notice of and hearing on the Motion may be shortened.

WHEREFORE, PREMISES CONSIDERED, Lambuth University seeks an order of this Court shortening the time fixed for notice and hearing on the above-described Motion and for other relief to which they may be entitled in the premises.

    Respectfully Submitted,

/s/ Steven N. Douglass
Steven N. Douglass (TN Disc. No. 09770)
2700 One Commerce Square
Memphis, Tennessee 38103
Telephone: (901) 525-1455
Facsimile: (901) 526-4084
Email: sdouglass@harrisshelton.com
*Proposed Counsel for the Debtor and Debtor-in-Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2011, I served copies of the foregoing electronically filed Motion and any Exhibit attached thereto either via U.S. mail or via electronic mail upon: the United States Trustee and the following parties:

| | |
|---|---|
| All American, Inc.<br>3230 Summer Ave.<br>Memphis, TN 38112 | BancorpSouth<br>P. O. Box 549<br>Jackson, TN 38302 |
| City of Jackson<br>107 East Main St.<br>P. O. Box 2391<br>Jackson, TN 38302 | Cline Tours<br>P. O. Box 300148<br>Memphis, TN 38118 |
| Cross Gate Services, Inc.<br>1730 Gen Geo Patton Drive<br>Brentwood, TN 37027 | FHEG Lambuth University Bookstore<br>Store No. 114<br>3146 Solutions Center<br>Chicago, IL 60677-3001 |
| Health Partners, Inc.<br>1804 Hwy. 45 By-Pass<br>Suite 400<br>Jackson, TN 38305 | Hobsons, Inc.<br>P. O. Box 641055<br>Cincinnati, OH 45264-1055 |
| Jackson Downtown Lions Club<br>P O Box 3426<br>Jackson, TN 38303 | Jackson Energy Authority<br>P. O. Box 2288<br>Jackson, TN 38302-2288 |

| | |
|---|---|
| Johnseys Sporting Goods<br>447 N. Royal Street<br>Jackson, TN 38301-5370 | Johnson Controls, Inc.<br>P. O. Box 905240<br>Charlotte, NC 28290 |
| Kesslers Team Sports<br>930 East Main Street<br>Richardson, IN 47374 | Mac-Gray Corp.<br>404 Wyman Street, Suite 400<br>Internal Mail Slot #13<br>Waltham, MA 02451-1264 |
| Rainey, Kizer, Reviere, Bell PLC<br>105 S. Highland Ave.<br>Jackson, TN 38301 | Riddell All American Sports<br>4230 Paysphere Circle<br>Chicago, IL 60674 |
| Skeeter Kell Sporting Goods<br>212 N. Main Street<br>Kennett, MO 63857 | Sodexo, Inc. & Affiliates<br>P. O. Box 536922<br>Atlanta, GA 30353-6922 |
| Three Rivers Systems, Inc.<br>P. O. Box 78609<br>St. Louis, MO 63178 | Waste Management of Jackson - TN<br>P. O. Box 9001054<br>Louisville, KY 40290 |
| Gerald F. Mace, Esq.<br>Robert P. Sweeter, Esq.<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>gerald.mace@wallerlaw.com<br>robert.sweeter@wallerlaw.com | GE Money Bank<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, Florida 33131-1605<br>claims@recoverycorp.com |
| Radian Asset Assurance<br>c/o Stephen W. Ragland, Esq.<br>100 Peabody Place, Suite 900<br>Memphis, Tennessee 38103<br>sragland@bassberry.com | Radian Asset Assurance<br>c/o Peter L. Canzano, Esq.<br>1501 K Street, NW<br>Washington, DC 20005 |
| TN Dept. of Labor & Workforce<br>c/o TN Attorney General's Office/Bankr. Div.<br>P.O. Box 20207<br>Nashville, Tennessee 37202-0207 | Department of Finance of Administration<br>Office of Real Property<br>William R. Snodgrass Tennessee Tower<br>22nd Floor - 312 Rosa L. Parks Avenue<br>Nashville, TN 37243-1102 |

    /s/ Steven N. Douglass
    Steven N. Douglass